## STATEMENT OF OFFENSE

On August 28, 2025, at approximately 8:20 p.m., Special Police Officer ("SPO") Matthew Harris saw a door propped open with a rock at ███████████████████████. SPO Harris removed the rock, and the Defendant, Terrance Kelly, put the rock back. SPO Harris removed the rock again, at which point the Defendant pulled away in his car.

At approximately 9:20 p.m., the Defendant drove up and blocked in SPO Harris, who was sitting in his parked car. The Defendant yelled at SPO Harris that if he [SPO Harris] moved the rock again they were going to have a problem. SPO Harris said that the Defendant smelled strongly of alcohol and had slurred speech. SPO Harris called over the radio for assistance.

The Defendant parked his car and went into one of the buildings. SPO Harris followed the Defendant and told the Defendant that whatever unit he went in, SPO Harris would find out and that unit would get a tenant infraction. The Defendant came back outside.

SPO Charles Roberts arrived at approximately 9:40 p.m. The Defendant was yelling and agitated when SPO Roberts arrived. SPO Roberts knew the Defendant and was able to talk to the Defendant to calm him down. The Defendant was wearing a black satchel that was open. During the interaction, SPO Roberts observed an L shape in the bag consistent with a firearm and saw the butt end of a magazine inside of the black satchel.

SPO Roberts asked the Defendant if he had a permit for the gun in his bag, and the Defendant said no.

MPD Officer Alexander Harris responded to the scene at approximately 9:54 p.m. He seized one Glock 23, Serial No. BSYK679, that contained a 22-cartridge capacity magazine from the black satchel that the Defendant had been wearing. The magazine contained 18 cartridges, and there was one cartridge in the chamber.

A review of the Defendant's criminal history revealed that, at the time of this offense, the Defendant had been previously convicted of crimes punishable by a term of imprisonment of greater than one year. Specifically, the Defendant was convicted of Assault on a Police Officer and Felon in Possession of a Firearm in Superior Court Case No. 2015 CF2 015177 on May 12, 2017, and was sentenced to 30 months imprisonment. Accordingly, at the time the Defendant possessed the firearm in this case, he knew he had previously been convicted of a crime punishable by a term of imprisonment of more than one year. The possession of the firearm was in or affecting interstate commerce because the firearm and ammunition were transported in interstate commerce.

      As such, your affiant submits that probable cause exists to charge Terrance Kelly with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

      Respectfully submitted

_____
Dean Kezman
Special Agent, Badge # 6965
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 29, 2025.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE